UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMERSON LESLIE,<br><br>                         Plaintiff,<br><br>   v.<br><br>JENNIFER NASH, *et al.*,<br><br>                         Defendants. | Case No. 2:19-cv-01182-JAD-NJK<br><br>ORDER |

     According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated at Three Lakes Valley Conservation Camp. Plaintiff has not, however, filed an updated address notification with the Court informing the Court of his current address. *See* Docket. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court grants Plaintiff until **February 18, 2020**, to file his updated address with this Court. If Plaintiff fails to comply with this order, the Court will dismiss this action without prejudice.

     IT IS SO ORDERED.

     DATED: January 17, 2020.

                                                    NANCY J. KOPPE<br>                                                    UNITED STATES MAGISTRATE JUDGE